IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS' COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and JOHN C. BUSSE, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, WESTERN PA HEAVY & HIGHWAY CONSTRUCTION ADVANCEMENT FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions,<br><br>      Plaintiff,<br><br>    v.<br><br>MATCON DIAMOND, INC. and DAVID G. MATESIC,<br><br>      Defendants. | Civil Action No. 06-1631<br><br>Judge Gary L. Lancaster |

## ORDER OF COURT

AND NOW, to wit, this 14th day of May, 2008, it is hereby ORDERED that the above-referenced case is DISCONTINUED.

_/s/ Gary L. Lancaster_
Judge Gary L. Lancaster
United States District Court

LIT:439545-1 000004-010359